**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **TROY LEE PERKINS, #1480826,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **3:16-CV-0269-D** |
| | § | |
| **WILLIAM STEPHENS, et al.,** | § | |
| **Defendants.** | § | |

## <u>ORDER</u>

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed objections, and the undersigned district judge has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

It is therefore ordered that plaintiff is barred by the three-strikes provision and that his motion to proceed *in forma pauperis* is denied. *See* 28 U.S.C. § 1915(g).

**SO ORDERED**.

May 24, 2016.


_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE